746

## AMARILLO OIL COMPANY

v.

### Robert S. CALVERT et al.

No. A–4090.

Supreme Court of Texas.

March 17, 1954.

Wm. Lee Darrah, A. J. Folley, Adkins, Folley, Adkins, McConnell & Hankins (now Adkins, Folley, McConnell & Hankins), Amarillo, R. Dean Moorhead, Austin, for Amarillo Oil Co.

John Ben Shepperd, Atty. Gen., W. V. Geppert, C. K. Richards, Asst. Attys. Gen., for Comptroller Calvert.

PER CURIAM.

By agreement of all parties 'the order refusing the application of Amarillo Oil Company for a writ of error is set aside. Application granted on motion for rehearing. Judgment of the Court of Civil Appeals reversed, and judgment of the trial court affirmed.